# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BENITO PEREZ**                                                                                    **PETITIONER**

**VS.**                              **2:06CV00098 WRW/HDY**

**LINDA SANDERS, WARDEN**
**FCI FORREST CITY, ARKANSAS**                                                  **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of May, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE